# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

J.W. Jones,                                           * From the 350th District
                                                        Court of Taylor County,
                                                        Trial Court No. 08261-D.

Vs. No. 11-11-00116-CV                                * April 4, 2013

Danny Perry and Connie Perry,                         * Memorandum Opinion by Willson, J.
                                                        (Panel consists of: Wright, C.J.,
                                                        McCall, J., and Willson, J.)


This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against J.W. Jones.